## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------x

THADDEUS HARDY,

        Plaintiff,

vs.

THECLA PLATZ, L.L.C.,

        Defendant.

-------------------------------------------------------x

CASE NO.: 2:26-cv-031-WJC-EJD

Judge: Hon. William J. Crain

Magistrate: Hon. Eva J. Dossier

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to any party against any other.

Respectfully Submitted, this 16th day of July, 2026.

By:/s/ Andrew D. Bizer
   **ANDREW D. BIZER**

**THE BIZER LAW FIRM, L.L.C.**
Andrew D. Bizer, Bar No. 30396
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:   (504) 619-9999
Facsimile:   (504) 948-9996
Email:   andrew@bizerlaw.co
*Attorney for Plaintiff James Bledsoe*

By:/s/  Lawrence R. DeMarcay III
   **LAWRENCE R. DeMARCAY III**

**MILLER, SULLICAN & DEMARCAY, LLC**
LAWRENCE R. DEMARCAY III (BAR # 25379)
LRD@MSDNOLA.COM
1100 POYDRAS STREET, SUITE 1515
NEW ORLEANS, LA 70163
TELEPHONE: (504) 708-1268
FAX: (504) 708-1398
*Attorney for Defendant Thecla Platz, LLC*