# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THADDEUS HARDY** | **CIVIL ACTION** |
| **V.** | **NO. 26-31** |
| **THECLA PLATZ, L.L.C.** | **SECTION: C (3)** |

## ORDER OF DISMISSAL

Considering the parties' joint stipulation for dismissal filed July 16, 2026 (R. Doc. 15):

**IT IS ORDERED** that all claims asserted by plaintiff, Thaddeus Hardy, in the captioned matter are **DISMISSED** with prejudice.

New Orleans, Louisiana, this 5th day of August, 2026.

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE